IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BRAD MILLER and FELICIA MILLER                        PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:05cv567 TSL-JCS

U.S. RURAL HOUSING SERVICE and
GEORGE CONEY                                          DEFENDANTS

ORDER OF DISMISSAL

Pursuant to the joint stipulation of dismissal filed by the parties this date, it is hereby

ORDERED that this matter be and is hereby dismissed in its entirety, with prejudice, each party to bear their own cost.

SO ORDERED this 17th day of November, 2006.

/s/ Tom S. Lee
UNITED STATES  DISTRICT JUDGE